EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Jaime M. Rivera Ortiz | 2019 TSPR 75<br><br>202 DPR \_\_\_\_ |

Número del Caso: TS-3,954


Fecha: 16 de abril de 2019



Cuerpo de Procuradora del Colegio
de Abogados de Puerto Rico:

      Lcda. Daisy Calcaño López
      Lcda. Pilar Pérez Rojas
      Lcdo. Raúl Rodríguez Quiles


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jaime M. Rivera Ortiz      TS-3954

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de abril de 2019.

Examinada la *Moción en solicitud de reinstalación y sometiendo certificación de cumplimiento*, presentada por el Sr. Jaime M. Rivera Ortiz, y en vista de su cumplimiento con los requisitos del PEJC, se ordena la reinstalación del señor Rivera Ortiz al ejercicio de la abogacía.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio del señor Rivera Ortiz a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Rivera Ortiz deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo